IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROBERT M. HENDERSON;                  :
NATALIE HENDERSON; and
RICHARD H. BARONE
       Plaintiffs,                    :        CIVIL ACTION
                                                  NO. 12-4363
       v.
                                       :
CHARTER OAK FIRE INSURANCE CO.
and TRAVELERS INSURANCE COMPANY
       Defendants.                    :

**ORDER**

AND NOW, this 21st day of March, 2014, upon consideration of Defendants' Motion for Summary Judgment (Doc. No. 13), Plaintiffs' Motion for Partial Summary Judgment (Doc. No. 14), and all Responses thereto, it is hereby ORDERED that Defendants' Motion is GRANTED and Plaintiffs' Motion is DENIED.

                                BY THE COURT:

                                /s/ C. Darnell Jones, II    J.